IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS G. SANDERS, AIS #255121, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-816-WHA ) |
| MONICA McCOY, | ) ) |
| Defendant. | ) |

## **ORDER**

On January 5, 2021, the Magistrate Judge entered a Recommendation (Doc. #7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE this 28th day of January, 2021.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE